HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE BURROWS, individually and as Personal Representative of the ESTATE OF WALTER BURROWS, and on behalf of the statutory beneficiaries thereto consisting of RANDY MORROW, DENISE FOY, CARROL DOBBINS, JENNIFER SIPES, and TINA RADOVICH,<br><br>    Plaintiffs,<br><br>  vs.<br><br>3M COMPANY, a foreign corporation,<br><br>    Defendant. | NO. 2:19-cv-01649-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS UNDER FRCP 26(a)(2)** |

Based on Defendant 3M Company's Unopposed Motion to Extend the Deadline for Expert Reports under FRCP 26(a)(2), and good cause appearing,

IT IS HEREBY ORDERED THAT the new deadline for expert reports under FRCP 26(a)(2) is October 2, 2020.

IT IS SO ORDERED.

Dated this 24th day of August, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS UNDER FRCP 26(A)(2) – Page 1

Gordon Rees Scully Mansukhani, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600