1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

GRACE BURROWS, *et al.*,

10
                              Plaintiffs,

11          vs.

12  3M COMPANY,

13
                              Defendant.

NO. C19-1649RSL

ORDER APPOINTING UNITED STATES
MAGISTRATE JUDGE MARY ALICE
THEILER SETTLEMENT JUDGE

14
15      The Court has appointed United States Magistrate Judge Mary Alice Theiler to act as settlement

16  judge in this matter. Kadya Peter, Judge Theiler's In-Court deputy will contact counsel to schedule the

17  settlement conference.

      DATED this 12th day of November, 2020.

18
19
20      _MW S Lasnik_
        Robert S. Lasnik
21      United States District Judge

22
23
24
25
26  ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MARY ALICE THEILER
    SETTLEMENT JUDGE- 1