HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRACE BURROWS, *et al.*,

    Plaintiffs,

v.

3M COMPANY,

    Defendant.

Case No. 2:19-cv-01649-RSL

**JOINT STATUS REPORT**

Plaintiffs and Defendant (the "Parties") submit this Joint Status Report under the Court's January 6, 2021 Minute Order (ECF 80).

**REPORT REQUESTED BY THE COURT**

1. <u>Estimated length of trial on remaining issues</u>: The parties estimate that trial will last 12 to 16 days.

2. <u>Whether settlement is possible</u>: The parties have not reached a formal impasse on settlement discussions and have been in communication with Magistrate Judge Theiler to assist with negotiations. Settlement discussions to date have not been productive but will continue.

3. <u>Mechanisms or procedures that could be utilized to shorten the trial</u>: The parties discussed and will continue to discuss methods by which trial could be shortened. At this time, the parties have not reached an agreement on any such mechanisms or procedures. The parties

JOINT STATUS REPORT - 1
BURROWS V. 3M
Case No. C19-1649RSL

prefer an in-person trial and Plaintiffs will accept a reciprocal agreement that any witness may provide live remote testimony with a minimum of two weeks prior notice but 3M has not agreed to this procedure. Plaintiffs will not waive a jury.

Dated: April 19, 2021

Respectfully submitted,

*/s/ James E. Macpherson #8952*
For Timothy G. Acker WSBA #17030
Law Office of Timothy Acker
4423 Pt. Fosdick Dr. NW, Suite 210
Gig Harbor, WA 98335

*/s/ James E. Macpherson*
Joseph R. Kopta, WSBA #17682
James E. Macpherson, WSBA #8952
Kopta & Macpherson
5801 Soundview Dr., Suite 253
Gig Harbor, WA 98335

Attorneys for Plaintiff Grace Burrows

*/s/ Nancy M. Erfle*
Nancy M. Erfle, WSBA #20644
W. Gregory Lockwood, WSBA #52232
Gordon Rees Scully Mansukhani LLP
121 SW Morrison Street, Suite 1575
Portland, OR 97204

Faris A. Rashid, Reg. No. 0391508
 *Admitted Pro Hac Vice*
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
frashid@greeneespel.com
Phone: (612) 373-0830

Gerardo Alcazar
galcazar@blackwellburke.com
 *Admitted Pro Hac Vice*
Deborah E. Lewis

JOINT STATUS REPORT - 2
BURROWS V. 3M
Case No. C19-1649RSL

dlewis@blackwellburke.com
*Admitted Pro Hac Vice*
Blackwell Burke, P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200

Attorneys for Defendant 3M Company

JOINT STATUS REPORT - 3
BURROWS V. 3M
Case No. C19-1649RSL