The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

GRACE BURROWS, individually and as Personal Representative of the ESTATE OF WALTER BURROWS, et al,

Plaintiffs,

v.

3M COMPANY, a foreign corporation,

Defendant.

Case No.: 2:19-cv-01649-RSL

**STIPULATED ORDER STRIKING TRIAL DATE**

The parties herein, through their undersigned attorneys of record, upon being advised by the Court that a trial on October 3, 2022 is extremely unlikely, hereby stipulate and agree that the current case schedule dates and trial date be stricken, to be reset at a future date upon further order of the Court.

SO STIPULATED AND AGREED:

| LAW OFFICE OF TIMOTHY ACKER, PLLC | GREENE ESPEL PLLP |
|---|---|
| *[signature]* | *[signature]* |
| Timothy G. Acker WSBA #17030 | Faris Rashid |
| Of Attorneys for Plaintiffs Grace Burrows as Personal Representative of The Estate of Walter Burrows | Of Attorneys for Defendant 3M Company |
| Law Office of Timothy Acker, PLLC | Greene Espel PLLP |
| 4423 Pt. Fosdick Dr. NW, Suite 210 | 222 South Ninth Street, Suite 2200 |
| Gig Harbor, WA  98335 | Minneapolis, MN 55402 |
|   | (612) 373-0830 |

W. Gregory Lockwood, WSBA #52232
Gordon & Rees LLP
1350 SW Fifth Ave., Suite 2000
Portland, OR 97201
(503) 222-1075

STIPULATED ORDER STRIKING TRIAL DATE – 1
No. 2:19-cv-01649-RSL

(253) 851-0012

## ORDER

Pursuant to the agreement and stipulation of the Parties, the case schedule and trial date herein are STRICKEN, to be reset at a future date.

Dated this  23rd  day of    August   , 2022.

BY THE COURT:

*/s/ Robert S. Lasnik*

Robert S. Lasnik, Judge

STIPULATED ORDER STRIKING TRIAL DATE – 2
No. 2:19-cv-01649-RSL