UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE BURROWS, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>3M COMPANY,<br><br>                    Defendant. | Case No. C19-1649<br><br>AMENDED[1] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on defendant's Motion for Extension of Time (Dkt. # 103) and defendant's Motion to Expedite Consideration (Dkt. # 102). The Court considered defendant's motions and all other pleadings filed in opposition and/or support. The Court finds that defendant has shown good cause for both an extension of time and for the Court to consider defendant's motion to set over on an expedited basis.

IT IS HEREBY ORDERED:

1. Defendant's Motion to Expedite Consideration (Dkt. # 102) is GRANTED;

2. Defendant's Motion for Extension of Time (Dkt. # 103) is GRANTED. Defendant's opposition to Plaintiff's Motion for Sanctions (Dkt. # 97) shall be filed on or before December 5, 2022. Plaintiff's reply shall be filed on or before December 9, 2022, at which time the motion will be taken under advisement.

---

[1] This order has been amended to reflect the correct adjusted deadlines. Defendant's opposition is due on or before December 5, 2022, and plaintiff's reply is due on or before December 9, 2022. The previous order incorrectly listed the year as 2023.

ORDER GRANTINGD EFENDANT'S
MOTION FOR EXTENSION OF TIME - 1

1

2  DATED this 23rd day of November, 2022.

3

4

5

6  _MWS Lasnik_
   Robert S. Lasnik
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTINGD EFENDANT'S
MOTION FOR EXTENSION OF TIME - 2