UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE BURROWS, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>3M COMPANY,<br><br>        Defendant. | NO. C19-1649RSL<br><br>ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MARY ALICE THEILER AS SETTLEMENT JUDGE |

    The Court has appointed United States Magistrate Judge Mary Alice Theiler to act as settlement judge in this matter. The settlement conference has been scheduled for March 13, 2023 at 9:30 a.m.

    DATED this 7th day of February, 2023.

*[signature: Robt S Lasnik]*
Robert S. Lasnik
United States District Judge

ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MARY ALICE THEILER AS SETTLEMENT JUDGE- 1