HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE BURROWS, individually and as Personal Representative of the ESTATE OF WALTER BURROWS, and on behalf of the statutory beneficiaries thereto consisting of RANDY MORROW, DENISE FOY, CARROL DOBBINS, JENNIFER SIPES, and TINA RADOVICH,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY, a foreign corporation,<br><br>Defendant. | NO. 2:19-cv-01649-RSL<br><br>**ORDER GRANTING THE JOINT MOTION TO EXTEND PRETRIAL DEADLINES** |

THIS MATTER came before the Court on the parties Joint Motion to Extend Pretrial Deadlines ("Motion"). The Court considered the Motion, and all other pleadings filed in opposition and/or support of the Motion. The Court finds that the parties have shown good cause to extend the motions *in limine* and pretrial order deadlines.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The joint Motion is GRANTED.

2. The deadline to file motions *in limine* is extended from February 27, 2023, to March 6, 2023.

ORDER GRANTING THE JOINT MOTION TO EXTEND PRETRIAL DEADLINES – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
121 SW Morrison Street, Suite 1575
Portland, OR  97204
Telephone: (503) 382-3852
Facsimile: (503) 616-3600

3. The deadline for the pretrial order is extended from March 15, 2023, to March 22, 2023.

DATED this __16th__ day of ____February____, 2023.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Nancy M. Erfle*
Nancy M. Erfle, WSBA No: 20644
nerfle@grsm.com
W. Gregory Lockwood, WSBA No. 52232
wglockwood@grsm.com
**Attorneys for Defendant 3M Company**
Gordon Rees Scully Mansukhani, LLP
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Phone: (503) 382-3852
Fax: (503) 616-3600

ORDER GRANTING THE JOINT MOTION TO EXTEND PRETRIAL DEADLINES – Page 2

**GORDON REES SCULLY MANSUKHANI, LLP**
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Telephone: (503) 382-3852
Facsimile: (503) 616-3600