UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE BURROWS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>3M COMPANY,<br><br>　　　　　Defendant. | Case No. C19-1649RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On February 14, 2023, defendant 3M Company filed a Motion to Continue Trial Date. Dkt. # 131. Motions for relief from a deadline must be noted for consideration on the second Friday after filing pursuant to LCR 7(d)(2). The Clerk of Court is therefore directed to renote Dkt. # 131 on the Court's calendar for Friday, February 24, 2023.

DATED this 16th day of February, 2023.

　　　　　　　　　　　　　　　　 /s/ Victoria Ericksen
　　　　　　　　　　　　　　　Victoria Ericksen, Clerk to
　　　　　　　　　　　　　　　the Honorable Robert S. Lasnik, District Judge

MINUTE ORDER - 1